IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT C. YON,

      Plaintiff,

vs.                                      CASE NO.: 5:99cv195-SPM

MAYO CORRECTIONAL
INSTITUTION,

      Defendant.

_____/

## ORDER

A letter dated February 18, 2006 by Plaintiff Robert C. Yon was received by the Clerk of Court and referred to the undersigned judge.  Upon review of the letter it is unclear what, if anything, Plaintiff is requesting.

The Clerk of Court is directed to file the letter.  Plaintiff is advised, however, that no other action will be taken.

SO ORDERED this 6th day of March, 2006.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge